# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:02-CR-0295-04** |
| v. | : | (Chief Judge Conner) |
| **CARMELIN DAVIS,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 22nd day of February, 2019, upon consideration of the recommendations of the United States probation officer and counsel for both the defendant and the government in this matter, as presented to the court during an in-court interim supervised release revocation proceeding held on this date, it is hereby ORDERED that final supervised release revocation proceedings concerning defendant Carmelin Davis are indefinitely POSTPONED, pending the preparation, execution and approval of a Probation 12b Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, as agreed upon by counsel and the court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania